UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABC MORTGAGE CORPORATION <br> f/k/a JOHN G. MACLEOD d/b/a <br> ABC MORTGAGE COMPANY <br><br> Plaintiff, <br><br> v. <br><br> SCOTTSDALE INSURANCE <br> COMPANY <br><br> Defendant. | Civil Action No. 04-10816-MLW |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Scottsdale Insurance Company (a private non-governmental party) discloses as follows:

Scottsdale Insurance Company is a wholly owned subsidiary of Nationwide Mutual Insurance Company.

DEFENDANT,
SCOTTSDALE INSURANCE COMPANY
By its attorneys,

_/s/ Catherine O'Donnell_
Stephen J. Abarbanel, BBO # 010100
Catherine N. O'Donnell, BBO # 634719
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
(617) 557-5900

Dated: May 24, 2004

BOST1-826159-1

## CERTIFICATE OF SERVICE

      I, Catherine N. O'Donnell, hereby certify that on this 24th day of May, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

William D. Chapman
Keith L. Sachs
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109

                                                     _____
                                                   Catherine N. O'Donnell