UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE

2004 JUN -2  A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS
```

***********************************************
\*
ABC MORTGAGE CORPORATION              \*
f/k/a JOHN G. MACLEOD d/b/a ABC       \*
MORTGAGE COMPANY,                     \*
\*
    Plaintiff,                        \*
\*
v.                                    \*   Civil Action No. 04-10816-MLW
\*
SCOTTSDALE INSURANCE COMPANY,         \*
\*
    Defendant.                        \*
\*
***********************************************

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff ABC Mortgage Corporation (a private non-governmental party) discloses as follows:

    ABC Mortgage Corporation has no parent company, nor does any publicly held corporation own 10% or more of its stock.

                                                 Plaintiff,
                                                 ABC MORTGAGE CORPORATION
                                                 f/k/a JOHN G. MACLEOD d/b/a ABC
                                                 MORTGAGE COMPANY,
                                                 By its attorneys,

                                                 /s/ signature

                                               William D. Chapman, BBO #551261
                                               Keith L. Sachs, BBO #634025
                                               MELICK, PORTER & SHEA, LLP
                                               28 State Street
                                               Boston, MA 02109
                                               (617) 523-6200

Date: June 1, 2004

## CERTIFICATE OF SERVICE

I, Keith L. Sachs, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid, to the following:

>Stephen J. Abarbanel
>ROBINSON & COLE, LLP
>One Boston Place
>Boston, MA 02108-4404

_____
Keith L. Sachs

Date: June 1, 2004

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

FILED
IN CLERKS OFFICE

2004 JUN -2  A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 441-0309
Fax (401) 941-5269

65 Main Street
Plymouth, Massachusetts  02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen
Cheryl Mancuso
Kerry D. Florio

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

June 1, 2004

Civil Clerk's Office
U.S. District Court
for the District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: ABC Mortgage Corporation f/k/a John G. Macleod d/b/a ABC Mortgage Company v. Scottsdale Insurance Company
Civil Action No.: 04-10816-MLW

Dear Sir/Madam:

Enclosed for filing, with regard to this matter, please find the plaintiff, ABC Mortgage Corporation's Rule 7.1 Disclosure Statement.

Thank you for your attention to this matter.

Very truly yours,

Keith L. Sachs

KLS/jlp
Enclosure
cc: Stephen J. Abarbanel, Esq.