UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 JUL 29 P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
ABC Mortgage Corporation                 \*
f/k/a John G. Macleod d/b/a ABC          \*   Civil Action No.: 04-10816-mlw
Mortgage Company,                        \*
                                         \*
                                         \*
    Plaintiff,                           \*
                                         \*
V.                                       \*
                                         \*
Scottsdale Insurance Company,            \*
                                         \*
    Defendant.                           \*
                                         \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Fed. R. Civ. P. 11, please enter the withdrawal of appearance of Keith Sachs as counsel of record for the plaintiff, John G. Macleod d/b/a ABC Mortgage Company, et al., in the above-captioned matter. The appearance of William D. Chapman of Melick, Porter & Shea LLP remains in place.

William D. Chapman
BBO#551261
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109
(617) 523-6200

Date: 7/27/04

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen
Cheryl Mancuso
Kerry D. Florio

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

July 27, 2004

Civil Clerk's Office
U.S. District Court
for the District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   ABC Mortgage Corporation f/k/a John G. Macleod d/b/a ABC
Mortgage Company v. Scottsdale Insurance Company
Civil Action No.: 04-10816-MLW

Dear Sir/Madam:

Enclosed for filing in the above captioned matter please find the following:

• Notice of Withdrawal of Appearance of Keith Sachs, Esq. as counsel for the plaintiff, John G. Macleod d/b/a ABC Mortgage Company, et al.

Kindly docket and file in the usual manner.

Thank you for your attention to this matter.

Very truly yours,

William D. Chapman

WDC/kaj
Enclosures
cc:   Stephen J. Abarbanel