UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10816-MLW

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
ABC MORTGAGE CORPORATION                       *
f/k/a  JOHN G. MACLEOD d/b/a ABC               *
MORTGAGE COMPANY,                              *
                                               *
        Plaintiff,                             *
                                               *
v.                                             *
                                               *
SCOTTSDALE INSURANCE, CO.                      *
                                               *
        Defendant.                             *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

The plaintiff and his counsel certify that they have conferred regarding the items set-forth in Local Rule 16.1 (D)(3)(a) and 16.1 (D)(3)(b).

ABC MORTGAGE CORPORATION F/K/A
JOHN G. MACLEOD D/B/A ABC MORTGAGE
COMPANY,

By its attorneys,

/s/William D. Chapman
William D. Chapman, BBO# 551261
Kerry D. Florio, BBO# 647489
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109

ABC MORTGAGE CORPORATION F/K/A
JOHN G. MACLEOD D/B/A ABC MORTGAGE
COMPANY

By its authorized representative,


/s/John G. Macleod
John Macleod, Jr., President
42 Holbrook Avenue
Braintree, MA 02184