UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABC MORTGAGE CORPORATION<br>f/k/a JOHN G. MACLEOD d/b/a<br>ABC MORTGAGE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE<br>COMPANY<br><br>Defendant. | Civil Action No. 04-CV-10816 MLW |

## NOTICE OF APPEARANCE

Brian P. McDonough of the law firm of Robinson & Cole LLP, One Boston Place, Boston, Massachusetts, 02108, hereby notifies the Court and the parties of his appearance in this matter as co-counsel on behalf of defendant Scottsdale Insurance Company.

Respectfully submitted,

SCOTTSDALE INSURANCE COMPANY,
By it attorneys,

/s/ Brian P. McDonough
Brian P. McDonough, BBO# 637999
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
Telephone: 617-557-5941

Dated: June 2, 2005

BOST1-859665-1