UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABC MORTGAGE CORPORATION )
f/k/a JOHN G. MACLEOD d/b/a )
ABC MORTGAGE COMPANY )
)
Plaintiff, )
)
v. )   Civil Action No. 04-CV-10816 MLW
)
SCOTTSDALE INSURANCE )
COMPANY )
)
Defendant. )

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

In accord with the provisions of Local Rule 16.1(D)(3), defendant Scottsdale Insurance Company and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Scottsdale Insurance Company,

_____
Dean W. Clause CPCU,
Senior Claim Specialist

Its Counsel,

/s/ Stephen J. Abarbanel
_____
Stephen J. Abarbanel, BBO # 010100
Catherine N. O'Donnell, BBO # 634719
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA 02108-4404
(617) 557-5900

Dated: June 2, 2005

BOST1-859665-1