# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Angela L. Lackard
Maureen E. Lane *(NH)
Christine C. Heshion
Adam M. Gutbir *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Matthew Grygorcewicz
Margaret M. Carleen
Kerry D. Florio
Paul T. Terrunk
Jessica M. Farrelly *(FL)
Stephen D. Eldridge
Johnathan P. Diggin
Debra I. Larner * (DC & TX)
Joseph M. Alden * (NH & MD)
Alexandra Clark

Of Counsel
Thomas W. Porter, Jr.
Robert R. Hamel, Jr.
Donna D. Convicer (CT only)
*Also Admitted

369 South Main Street
Providence, Rhode Island 02903
(401) 941-0909
Fax (401) 941-6269

142 Jefferson Street
Hartford, Connecticut 06106
(860) 244-0000

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

June 7, 2005

<u>Via Telecopier:</u>
<u>(617) 748-9096</u>

Mr. Dennis O'Leary
Clerk to the Honorable Mark L. Wolf
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

  Re: *ABC Mortgage Corporation et al., v. Scottsdale Insurance Co.*
    <u>Civil Action No.: 04-10816</u>

Dear Mr. O'Leary:

  Per Judge Wolf's request at the scheduling conference yesterday, I have attached a copy of our letter to the court sent on March 15, 2005 (copy to defense counsel Stephen Abarbanel), in response to Judge Wolf's order of March 7, 2005, requiring a further status report to the court by March 16, 2005. We would appreciate it if you would bring this to Judge Wolf's attention.

  Thank you once again for your cooperation. Please feel free to call me at any time if you have any questions.

            Very truly yours,

            William D. Chapman

WDC/kaj
Enclosure
cc: Stephen J. Abarbanel, Esq. [Via Telecopier: (617) 557-5999]
   Brian P. McDonough, Esq. [Via Telecopier: (617) 557-5999]

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Richard J. Shea
Robert F. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy B. Goganian
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Angela L. Lackard
Carly K. Wos *(NY)
Maureen E. Lane *(NH)
Christine C. Hashion
Adam M. Gutbir *(RI)
T. Dos Urbanski *(RI)
Megan R. Kures
John B. DeWick
Matthew Grygorcewicz
Margaret M. Carleen
Kerry D. Florio
Paul T. Tetrault
Jessica M. Farrelly *(FL)
Stephen D. Eldridge

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

March 15, 2005

Mr. Dennis O'Leary
Clerk to the Honorable Mark L. Wolf
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  *ABC Mortgage Corporation et al., v. Scottsdale Insurance Co.*
     Civil Action No.: 04-10816

Dear Mr. O'Leary:

I am writing in my capacity as counsel to ABC Mortgage Corporation. This letter follows on our prior correspondence to the Court of February 24, 2005, where pursuant to Judge Wolf's order of June 25, 2004 the parties reported to the Court the status of this matter.

At this time, ABC Mortgage Corporation requests that an Initial Scheduling Conference be arranged in this matter.

Thank you very much for your assistance and consideration with this matter.

Very truly yours,

William D Chapman /kf

William D. Chapman

WDC/kaj
cc:   Stephen J. Abarbanel