UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABC MORTGAGE CORPORATION<br>f/k/a JOHN G. MACLEOD d/b/a<br>ABC MORTGAGE COMPANY<br><br>     Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE<br>COMPANY<br><br>     Defendant. | Civil Action No. 04-CV-10816 MLW |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Brian P. McDonough hereby withdraws his appearance in the above-captioned matter as counsel to Defendant Scottsdale Insurance Company. Attorneys Stephen J. Abarbanel and Catherine N. O'Donnell and the law firm of Robinson & Cole LLP continue their representation of Scottsdale in this matter.

/s/Brian P. McDonough
Brian P. McDonough, BBO# 637999
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
Tel. (617) 557-5900

Dated: June 21, 2005

BOST1-861192-1