UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ABC MORTGAGE CORPORATION f/k/a JOHN G. MACLEOD d/b/a ABC MORTGAGE COMPANY | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-CV-10816-MLW |
| SCOTTSDALE INSURANCE COMPANY | ) ) ) ) | |
| Defendant. | ) ) | |

## WITHDRAWAL OF APPEARANCE

Attorneys Stephen J. Abarbanel and Catherine N. O'Donnell hereby file their Withdrawal of Appearance as counsel for Defendant Scottsdale Insurance Company. Attorney George C. Rockas, of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP is successor counsel for Defendant Scottsdale Insurance Company.

/s/ Stephen J. Abarbanel and
Catherine N. O'Donnell
Stephen J. Abarbanel BBO #
Catherine N. O'Donnell BBO #634719
**ROBINSON & COLE LLP**,
One Boston Place
Boston, MA  02108
(617) 557-5900

DATED:     February 8, 2006

BOST1-879750-1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 8, 2006.


                                                                                                    __/s/ Catherine N. O'Donnell_____
                                                                                                    Catherine N. O'Donnell