UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ABC MORTGAGE CORPORATION
f/k/a JOHN G. MACLEOD
d/b/a ABC MORTGAGE COMPANY,

    Plaintiff

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant

Civil Action No. 04-10816-MLW

## NOTICE OF APPEARANCE

Please enter the appearance of George C. Rockas of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as attorney for the defendant, Scottsdale Insurance Company in the above-captioned matter.

    Respectfully submitted,
    Scottsdale Insurance Company
    By its attorneys,

    */s/ George C. Rockas*
    George C. Rockas, BBO #544009
    Michele Carlucci, BBO #655211
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    155 Federal Street
    Boston, MA  02110
    (617) 422-5300

Dated: February 8, 2006

52854.1