UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABC MORTGAGE CORPORATION<br>f/k/a JOHN G. MACLEOD<br>d/b/a ABC MORTGAGE COMPANY,<br><br>        Plaintiff<br>v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>        Defendant | Civil Action No. 04-10816-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Michele Carlucci of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as attorney for the defendant, Scottsdale Insurance Company in the above-captioned matter.

                Respectfully submitted,
                Scottsdale Insurance Company
                By its attorneys,

                */s/ Michele Carlucci*
                George C. Rockas, BBO #544009
                Michele Carlucci, BBO #655211
                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER LLP
                155 Federal Street
                Boston, MA  02110
                (617) 422-5300

Dated: February 8, 2006

52855.1