# EXHIBIT G

STAYED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10816-MLW

ABC Mortage Corporationv. Scottsdale Insurance Company
Assigned to: Chief Judge Mark L. Wolf
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 04/26/2004
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**ABC Mortgage Corporation**
*doing business as*
ABC Mortgage Company
*formerly known as*
John J. MacLeod

represented by **Keith L. Sachs**
Boyle Morrissey & Campo, PC
695 Atlantic Avenue
Floor 11
Boston, MA 02111
617-451-2000
Fax: 617-451-5775
Email: ksachs@boylemorrissey.com
*TERMINATED: 07/29/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Chapman**
Melick, Porter & Shea, LLP
22nd Floor
28 State Street
Boston, MA 02109-1775
617-523-6200
Fax: 617-523-8130
Email: wchapman@melicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry D. Florio**
Melick, Porter & Shea, LLP
28 State Street
22nd Floor
Boston, MA 02109-1775
617-523-6200
Fax: 617-523-8130
Email: kflorio@melicklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Scottsdale Insurance Company** | represented by | **Catherine N. O'Donnell**<br>Robinson & Cole LLP<br>One Boston Place<br>Suite 2500<br>Boston, MA 02108<br>617-557-5903<br>Fax: 617-557-5999<br>Email: codonnell@rc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen J. Abarbanel**<br>Robinson & Cole LLP<br>One Boston Place<br>Boston, MA 02108-4404<br>617-557-5900<br>Fax: 617-557-5999<br>Email: sabarbanel@rc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian P. McDonough**<br>Robinson & Cole LLP<br>One Boston Place<br>Suite 2500<br>Boston, MA 02108<br>617-557-5954<br>Fax: 617-557-5999<br>Email: bmcdonough@denneromalley.com<br>*TERMINATED: 06/21/2005*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2004 | 1 | NOTICE OF REMOVAL by Scottsdale Insurance Company from Norfolk County Superior Court, case number NOCV2004-00588. $ 150, receipt number 55505, filed by Scottsdale Insurance Company(Boyce, Kathy) (Entered: 04/28/2004) |
| 04/26/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings (Boyce, Kathy) (Entered: 04/28/2004) |
| 04/29/2004 | 2 | Assented To MOTION to Stay re 1 case by Scottsdale Insurance Company, FILED, c/s.(Boyce, Kathy) (Entered: 05/05/2004) |
| 05/25/2004 | 3 | Rule 7.1 disclosure statement, by Scottsdale Insurance Company, FILED, c/s.(Boyce, Kathy) (Entered: 05/27/2004) |
| 05/25/2004 | 4 | STATE COURT Record ABC Mortgage Corporation served on |

| | | |
|---|---|---|
| | | 5/25/2004, answer due 6/14/2004 (Boyce, Kathy) (Entered: 05/28/2004) |
| 06/02/2004 | 5 | Rule 7.1 Disclosure Statement, by ABC Mortgage Corporation, FILED, c/s.(Boyce, Kathy) (Entered: 06/08/2004) |
| 06/25/2004 | | Judge Mark L. Wolf : Electronic ORDER entered granting 2 Motion to Stay nunc pro tunc 4/28/04. The parties shall report status of this matter by 7/15/2004. (O'Leary, Dennis) (Entered: 06/25/2004) |
| 07/09/2004 | 6 | ANSWER to Complaint (Notice of Removal) by Scottsdale Insurance Company, FILED, c/s. (Boyce, Kathy) (Entered: 07/15/2004) |
| 07/15/2004 | 7 | Letter dated July 15, 2004 from Stephen J. Arbarbanel to Ms. Boyce reporting on behalf of the parties on status of case, requesting that the current stay of proceedings remain pending addressing certain issues in the underlying "Mulhern" case, and that the parties report back to this Court on October 15, 2004, FILED. (Boyce, Kathy) (Entered: 07/20/2004) |
| 07/29/2004 | 8 | NOTICE of Withdrawal of Appearance, filed, c/s. Attorney Keith L. Sachs terminated. (Boyce, Kathy) (Entered: 07/29/2004) |
| 08/05/2004 | | Judge Mark L. Wolf : ORDER entered ELECTRONIC ENDORSEMENT re (docket no 7) In view of the foregoing the stay is continued. The parties shall, by 10/15/2004, report further.(O'Leary, Dennis) (Entered: 08/05/2004) |
| 10/15/2004 | 9 | Letter from Stephen J. Arbarbanel to Ms. Boyce, Deputy Clerk, FILED IN COURT (Boyce, Kathy) (Entered: 10/26/2004) |
| 02/28/2005 | 10 | Letter to clerk from William D. Chapman, Esq, counsel for ABC Mortgage Corporation requesting on behalf of the parties that the current stay of proceedings remain in place for twenty more days, FILED. (Boyce, Kathy) (Entered: 03/04/2005) |
| 03/07/2005 | | Judge Mark L. Wolf : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 10 Letter/request (non-motion). The parties shall by March 16, 2005 file a further status report. This case isotherwise stayed. (O'Leary, Dennis) (Entered: 03/07/2005) |
| 03/09/2005 | | Letter sent to Attorney Stephen Arbarbanel advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Hurley, Virginia) (Entered: 03/09/2005) |
| 03/09/2005 | | Electronic Notice of correction to docket made by Court staff. Letter docketed as of 3/9/05 was NOT sent by Clerk's Office after discussion with Attorney Stephen Abarbanel. The Court's database had an incorrect spelling of the attorney's name ('Arbarbanel'). Attorney Abarbanel is a member of this Court's bar. This docket and the database have been corrected. (Hurley, Virginia) (Entered: 03/09/2005) |
| 04/13/2005 | 11 | NOTICE of Scheduling Conference Scheduling Conference set for 4/25/2005 02:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/13/2005) |

| Date | Doc # | Description |
|---|---|---|
| 04/20/2005 | 12 | Letter to Mr. O'Leary from Stephen J. Arbarbanel dated 4/20/05 enclosing an Assented to motion to Continue the Rule 16.1 Scheduling Conference set for 4/25/05, FILED.(Boyce, Kathy) (Entered: 04/20/2005) |
| 04/20/2005 | 13 | Assented To MOTION to Continue the Rule 16.1 Scheduling Conference to a date in late May, at the Court's convenience, by Scottsdale Insurance Company, FILED, c/s.(Boyce, Kathy) (Entered: 04/20/2005) |
| 04/21/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 13 Motion to Continue Scheduling Conference. The conference will now be held on June 6, 2005 at 4:00 PM in courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/22/2005) |
| 04/22/2005 | | Set/Reset Hearings: Scheduling Conference set for 6/6/2005 04:00 PM in Courtroom 14 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/22/2005) |
| 06/03/2005 | 14 | JOINT STATEMENT re scheduling conference. (Florio, Kerry) (Entered: 06/03/2005) |
| 06/03/2005 | 15 | CERTIFICATE OF CONSULTATION re 14 JOINT STATEMENT re scheduling conference by Kerry D. Florio on behalf of ABC Mortgage Corporation. (Florio, Kerry) (Entered: 06/03/2005) |
| 06/03/2005 | 16 | NOTICE of Appearance by Brian P. McDonough on behalf of Scottsdale Insurance Company (McDonough, Brian) (Entered: 06/03/2005) |
| 06/03/2005 | 17 | First CERTIFICATION pursuant to Local Rule 16.1 (D)(3) by Scottsdale Insurance Company.(McDonough, Brian) (Entered: 06/03/2005) |
| 06/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge Mark L. Wolf : Scheduling Conference held on 6/6/2005. Court set schedule for the remainder of the case. Scheduling order to issue. (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 06/07/2005) |
| 06/07/2005 | 18 | Judge Mark L. Wolf : ORDER entered. SCHEDULING ORDER: Final Pretrial Conference set for 3/23/2006 04:00 PM in Courtroom 10 before Judge Mark L. Wolf. Status Conference set for 3/2/2006 04:00 PM in Courtroom 10 before Judge Mark L. Wolf. Discovery due by 2/3/2006. Jury Trial set for 4/3/2006 09:00 AM in Courtroom 10 before Judge Mark L. Wolf.(O'Leary, Dennis) (Entered: 06/07/2005) |
| 06/07/2005 | 19 | Letter/request to Clerk(non-motion) from William Chapman with attached letter dated 3/15/05 serving as status report, filed. (Flaherty, Elaine) (Entered: 06/08/2005) |
| 06/21/2005 | 20 | NOTICE of Withdrawal of Appearance Attorney Brian P. McDonough terminated. (McDonough, Brian) (Entered: 06/21/2005) |
| 08/16/2005 | 21 | Document disclosure by Scottsdale Insurance Company.(O'Donnell, Catherine) (Entered: 08/16/2005) |
| 08/19/2005 | 22 | Document disclosure by ABC Mortgage Corporation.(Florio, Kerry) (Entered: 08/19/2005) |