UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10816-MLW

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ABC MORTGAGE CORPORATION
f/k/a JOHN G. MACLEOD d/b/a ABC
MORTGAGE COMPANY,

    Plaintiff,

v.

SCOTTSDALE INSURANCE, CO.

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1(A)(2)

    I, Kerry D. Florio, as counsel for the plaintiff, ABC Mortgage Corporation f/k/a John G. Macleod d/b/a ABC Mortgage Company, hereby certify that on March 1, 2006 I conferred with George Rockas, counsel for defendant, Scottsdale Insurance Company, regarding the issues addressed in the plaintiff's motion to amend the complaint. Despite good faith efforts, the parties were unable to resolve or narrow the issues.

                        /s/ Kerry D. Florio
                        Kerry D. Florio
                        MELICK, PORTER & SHEA, LLP
                        28 State Street
                        Boston, MA 02109
                        (617) 523-6200

Dated: March 1, 2006

## CERTIFICATE OF SERVICE

    I, Kerry D. Florio, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.


                                            /s/ Kerry D. Florio
                                            Kerry D. Florio


Date: March 1, 2006