# EXHIBIT K

**Kerry Florio**

---

**From:** O'Donnell, Catherine N. [CODonnell@rc.com]
**Sent:** Wednesday, November 23, 2005 11:34 AM
**To:** Kerry Florio
**Subject:** RE: ABC Mortgage v. Scottsdale

Thanks Kerry. I have requested that my client propose some dates in which he would be available for the 30(b)(6), although, as we discussed, his December schedule is busy. I will let you know the proposed dates as soon as possible. In the interim, are you agreeable to an extension on the discovery responses until Friday, December 23rd? I look forward to our continued discussion. Have a nice holiday.

-----Original Message-----
**From:** Kerry Florio [mailto:kflorio@melicklaw.com]
**Sent:** Monday, November 21, 2005 5:01 PM
**To:** O'Donnell, Catherine N.
**Subject:** ABC Mortgage v. Scottsdale


Hi Catherine,

It was a pleasure speaking with you today regarding this matter. I hope to be able to get back to you within a week to continue our discussion. As I mentioned, I am uncomfortable continuing the deposition without a set date as this case has historically lingered. So, at this time, I propose we leave the deposition as scheduled and discuss alternative dates, if necessary, when we next speak.

4