# EXHIBIT N

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(CT, DC & NH)
William D. Chapman
Michael J. Mazurczak *(NY & WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Robert R. Hamel, Jr.
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Angela L. Lackard
Maureen E. Lane *(NH)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Matthew Grygorcewicz
Margaret M. Carleen
Kerry D. Florio
Jessica M. Farrelly *(FL)
Debra I. Lerner * (DC & TX)
Joseph M. Alden * (NH & MD)
Alexandra Clark
Jeremy Y. Weltman
Erin J.M. Alarcon *(NH)
J. Paul Vance (CT only)
Erin K. Desmarais *(NH)
Evan C. Ouellette

Of Counsel
Thomas W. Porter, Jr.
Donna D. Convicer (CT only)

*Also Admitted

369 South Main Street
Providence, Rhode Island 02903
(401) 941-0909
Fax (401) 941-6269

77 Central Avenue
Waterbury, Connecticut 06702
(203) 596-0500
Fax (203) 596-0040

1087 Elm Street, Suite 302
Manchester, NH 03101
(603) 627-4278

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

February 9, 2006

**Via Facsimile & Regular Mail**
George C. Rockas, Esq.
Wilson Elser
155 Federal Street
Boston, MA 02110-1727

Re: ABC Mortgage Corporation v. Scottsdale Insurance Company
Civil Action: NOCV2004-00558

Dear Mr. Rockas :

I am writing pursuant to Local Rule 37.1 in order to schedule a discovery conference to discuss Scottsdale's outstanding responses to plaintiff's discovery requests, propounded on November 8, 2005, and our request to reschedule the 30(b)(6) deposition of Scottsdale, previously noticed for December 14, 2005. If I do not hear from you within seven (7) days, I will file a motion to compel.

Thank you for your attention to this matter.

Very truly yours,

Kerry D. Florio

KDF/klc

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street

Boston, Massachusetts 02109-1775

(617) 523-6200

Fax (617) 523-8130

www.melicklaw.com

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(CT, DC & NH)
William D. Chapman
Michael J. Mazurczak *(NY & WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Robert R. Hamel, Jr.
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Angela L. Lackard
Maureen E. Lane *(NH)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Matthew Grygorcewicz
Margaret M. Carleen
Kerry D. Florio
Jessica M. Farrelly *(FL)
Debra I. Lerner * (DC & TX)
Joseph M. Alden * (NH & MD)
Alexandra Clark
Jeremy Y. Weltman
Erin J.M. Alarcon *(NH)
J. Paul Vance (CT only)
Erin K. Desmarais *(NH)
Evan C. Ouellette

Of Counsel
Thomas W. Porter, Jr.
Donna D. Convicer (CT only)

*Also Admitted

369 South Main Street
Providence, Rhode Island 02903
(401) 941-0909
Fax (401) 941-6269

77 Central Avenue
Waterbury, Connecticut 06702
(203) 596-0500
Fax (203) 596-0040

1087 Elm Street, Suite 302
Manchester, NH 03101
(603) 627-4278

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

## FACSIMILE COVER SHEET

DATE: February 9, 2006

RECIPIENT'S NAME: George C. Rockas, Esq.

FAX: (617) 423-6917

SENDER'S NAME: Kerry D. Florio/klc

NUMBER OF PAGES (Including cover sheet): 2

RE: ABC Mortgage Corporation f/k/a John G. Macleod d/b/a ABC Mortgage Company v. Scottsdale Insurance Company

Civil Action: NOCV2004-00558

SUMMARY:

**CONFIDENTIALITY NOTICE:**
The information contained in this facsimile message is privileged and confidential and intended only for the use of the individual(s) and/or entity(ies) named above. Any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the telecopied materials is strictly prohibited, and review by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege. If you have received this transmission in error, please immediately notify us by telephone (collect) to arrange for the return of the materials. Thank you.

```
************************************************************************
*                          TRANSACTION REPORT                     P. 01 *
*                                                      FEB-09-2006 THU 05:01 PM *
*                                                                      *
*   FOR:  Melick Porter Shea LLP      6175238130                       *
*                                                                      *
*   SEND                                                               *
*  DATE  START    RECEIVER       TX TIME   PAGES TYPE    NOTE     M#  DP *
*                                                                      *
*  FEB-09 05:00 PM 16174236917     26"      2   FAX TX    OK     889   *
*                                                                      *
*                                  TOTAL :         26S  PAGES:   2     *
************************************************************************
```

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

369 South Main Street
Providence, Rhode Island 02903
(401) 941-1909
Fax (401) 941-6269

77 Central Avenue
Waterbury, Connecticut 06702
(203) 596-1500
Fax (203) 595-0040

1087 Elm Street Suite 302
Manchester, NH 03101
(603) 627-1278

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(CT, DC & NH)
William D. Chapman
Michael J. Mazurczak *(NY & WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Robert R. Hamel, Jr.
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Angela L. Lackard
Maureen B. Lane *(NH)
Christine C. Heshion
Adam M. Gutbin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Matthew Grygorcewicz
Margaret M. Curleen
Kerry D. Florio
Jessica M. Farrelly *(FL)
Debra I. Lerner * (DC & TX)
Joseph M. Alden * (NH & MD)
Alexandra Clark
Jeremy Y. Weltman
Erin J.M. Alarcon *(NH)
J. Paul Vance (CT only)
Erin K. Desmarais *(NH)
Evan C. Ouellette

Of Counsel
Thomas W. Porter, Jr.
Donna D. Convicer (CT only)

## FACSIMILE COVER SHEET

DATE: February 9, 2006

RECIPIENT'S NAME: George C. Rockas, Esq.

FAX: (617) 423-6917

SENDER'S NAME: Kerry D. Florio/klc

NUMBER OF PAGES (Including cover sheet): 2

RE: ABC Mortgage Corporation f/k/a John G. Macleod d/b/a ABC Mortgage Company v. Scottsdale Insurance Company

Civil Action: NOCV2004-00558

SUMMARY: