UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10816

| ABC Mortgage Co. | Scotsdale Insurance Co. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kerry Florio | George Rockas |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Scheduling Conference |
|---|---|
| 2/21/06 | Court raises issue regarding parties failure to comply with the court's orders. Court sanctions both sides $500.00 for their repeated failure to comply with the court's orders. Court discusses the status of the case with the parties. Court orders the defendant to respond to discovery requests by 3/31/06. Defendant shall produce one or more witnesses in response to the deposition notice by 4/21/2006. Counsel and their parties shall meet and report by 5/19/2006 whether the case is settled and the position regarding possible summary judgment motions. Defendants shall respond to the plaintiff's motion to amend by 3/17/06. If not opposed it is allowed and the defendant shall respond to the amended complaint by 4/7/06. Court denies the defendant's motion for summary judgment without prejudice. Further status conference set for 6/7/06 at 4:00 PM. Plaintiff requests the court reconsider the sanctions. Court allows the request and reduces the sanctions to $250 for the plaintiff only. Court states that Robinson & Cole is jointly liable for the sanctions imposed upon the defense counsel. |