UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABC MORTGAGE CORPORATION<br>f/k/a JOHN G. MACLEOD d/b/a<br>ABC MORTGAGE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE<br>COMPANY<br><br>    Defendant. | Civil Action No. 04-CV-10816-MLW |

## ASSENTED TO MOTION FOR WITHDRAWAL OF APPEARANCE

Counsel, Stephen J. Abarbanel and Catherine N. O'Donnell (collectively "counsel"), hereby file this Assented to Motion for Withdrawal of Appearance at the request of its client, Scottsdale Insurance Company ("Scottsdale"). Counsel for all parties have assented to this motion.

On or about January 16, 2006, counsel received notice from Scottsdale that it intended to discontinue Robinson & Cole, LLP's services and proceed with a different law firm for the defense of this action. Scottsdale identified George Rockas of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP ("Wilson Elser") as successor counsel and requested that counsel no longer have any involvement with this action. Counsel promptly forwarded the file materials to Wilson Elser's attention.

BOST1-882218-1

**Conclusion**

Consequently, counsel respectfully requests the court's permission to withdraw as counsel of record for Scottsdale.

/s/ Stephen J. Abarbanel and\_\_\_\_
Catherine N. O'Donnell_____
Stephen J. Abarbanel BBO #
Catherine N. O'Donnell BBO #634719
**ROBINSON & COLE LLP**,
One Boston Place
Boston, MA  02108
(617) 557-5900

DATED:     March 9, 2006

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Catherine N. O'Donnell, counsel for the Defendant, Scottsdale Insurance Company, hereby certify that on March 9, 2006, I spoke with William Chapman, counsel for the Plaintiff, and he assented to the granting of this motion.

/s/ Catherine N. O'Donnell_____
Catherine N. O'Donnell

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Stephen J. Abarbanel, counsel for the Defendant, Scottsdale Insurance Company, hereby certify that on March 9, 2006, I spoke with George Rockas, counsel for Scottsdale Insurance Company, and he assented to the granting of this motion.

/s/ Stephen J. Abarbanel_____
Stephen J. Abarbanel

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 9, 2006.

                            /s/ Catherine N. O'Donnell_____
                            Catherine N. O'Donnell