

**MELICK, PORTER & SHEA, LLP**
COUNSELLORS AT LAW

RICHARD J. SHEA
ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC & NH)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
ROBERT T. TREAT
WILLIAM L. KEVILLE, JR.
MICHAEL R. BYRNE
ANDRE A. SANSOUCY
AMY E. GOGANIAN
ROBERT R. HAMEL, JR.
ROBERT W. HEALY
JENNIFER B. HARDY
ALLEN J. MCCARTHY
ANGELA L. LACKARD
MAUREEN E. LANE *(NH)
ADAM M. GUTTIN *(RI)
T. DOS URBANSKI *(RI)
MEGAN E. KURES
MATTHEW GRYGORCEWICZ
KERRY D. FLORIO
JESSICA M. FARRELLY *(FL)
DEBRA I. LERNER *(DC & TX)
JOSEPH M. ALDEN *(NH & MD)
ALEXANDRA CLARK
JEREMY Y. WELTMAN
ERIN J.M. ALARCON *(NH)
J. PAUL VANCE JR. (CT ONLY)
ERIN K. DESMARAIS *(NH)
EVAN C. OUELLETTE
DENNIS M. LINDGREN
COLIN K. O'BRIEN
DOUGLAS T. RADIGAN

OF COUNSEL
THOMAS W. PORTER, JR.
DONNA D. CONVICER (CT ONLY)

*ALSO ADMITTED

28 STATE STREET
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

369 SOUTH MAIN STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

77 CENTRAL AVENUE
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 596-0040

1087 ELM STREET, SUITE 302
MANCHESTER, NH 03101
(603) 627-4278

65 MAIN STREET
PLYMOUTH, MA 02360
(508) 746-5976

MELICKLAW.COM

May 16, 2006

BY E-FILE AND REGULAR MAIL
Mr. Dennis O'Leary
Clerk to the Honorable Mark L. Wolf
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *ABC Mortgage Corporation et al., v. Scottsdale Insurance Co.*
      Civil Action No.: 04-10816

Dear Mr. O'Leary:

Pursuant to the Court's Order dated March 3, 2006, I write on behalf of attorney George Rockas, counsel for Scottsdale Insurance Company, and myself, counsel for ABC Mortgage Corporation et al., to inform the Court that the parties are actively discussing the settlement of this case. We anticipate this settlement will be finalized prior to the status conference scheduled for June 7, 2006 and will report to the Court accordingly. We believe this letter fulfills our obligation to report to the Court by May 19, 2006 regarding settlement. If you would like additional information, please contact me.

Thank you for your attention to this matter.

Very truly yours,

Kerry D. Florio

KDF/klc
cc: George Rockas, Esq.