

# MELICK, PORTER & SHEA, LLP
COUNSELLORS AT LAW

RICHARD J. SHEA
ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC & NH)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
ROBERT T. TREAT
WILLIAM L. KEVILLE, JR.
MICHAEL R. BYRNE
ANDRE A. SANSOUCY
AMY E. GOGANIAN
ROBERT R. HAMEL, JR.
ROBERT W. HEALY
JENNIFER B. HARDY
ANGELA L. LACKARD
MAUREEN E. LANE *(NH)
ADAM M. GUTTIN *(RI)
T. DOS URBANSKI *(RI)
MEGAN E. KURES
MATTHEW GRYGORCEWICZ
KERRY D. FLORIO
JESSICA M. FARRELLY *(FL)
DEBRA I. LERNER *(DC & TX)
ALEXANDRA CLARK
JEREMY Y. WELTMAN
ERIN J.M. ALARCON *(NH)
J. PAUL VANCE JR. (CT ONLY)
ERIN K. DESMARAIS *(NH)
EVAN C. OUELLETTE
DENNIS M. LINDGREN
COLIN K. O'BRIEN
DOUGLAS T. RADIGAN
GREGORY M. BOUCHER (NH ONLY)

OF COUNSEL
THOMAS W. PORTER, JR.
DONNA D. CONVICER (CT ONLY)

*ALSO ADMITTED

28 STATE STREET
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

369 SOUTH MAIN STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

77 CENTRAL AVENUE
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 596-0040

1087 ELM STREET, SUITE 302
MANCHESTER, NH 03101
(603) 627-4278

65 MAIN STREET
PLYMOUTH, MA 02360
(508) 746-5976

MELICKLAW.COM

June 2, 2006

**By E-File & Regular Mail**
Mr. Dennis O'Leary
Clerk to the Honorable Mark L. Wolf
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    *ABC Mortgage Corporation et al., v. Scottsdale Insurance Co.*
       Civil Action No.: 04-10816

Dear Mr. O'Leary:

Pursuant to the Court's Order dated May 22, 2006, I write on behalf of attorney George Rockas, counsel for Scottsdale Insurance Company, and myself, counsel for ABC Mortgage Corporation et al., to provide the Court with a status report. Counsel have reached a settlement agreement in this matter. The parties are finalizing the settlement papers. Additionally, the parties in the underlying class action reached a settlement but must still petition the Norfolk Superior Court for approval. Given the above, we request that the June 7, 2006 status conference be cancelled with an Order that the parties file a stipulation of dismissal within thirty (30) days.

We believe this letter fulfills our obligation to report to the Court by June 2, 2006 regarding settlement. If you would like additional information, please contact me.

Thank you for your attention to this matter.

Very truly yours,

Kerry D. Florio

KDF/klc
cc: George Rockas, Esq.