UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABC MORTGAGE CORP., et al,  )<br>    Plaintiff(s)  )<br>         )<br>v.            )<br>          )<br>SCOTTSDALE INSURANCE CO., )<br>    Defendant(s)  ) | C.A. No.  04-10816-MLW |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

  The Court having been advised on June 2, 2006 by plaintiff's counsel that the above-captioned action settled:

  It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

  If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                   By the Court:
                   Sarah A. Thornton, Clerk

June 6, 2006            /s/Dennis O'Leary
Date                 Deputy Clerk