

# MELICK, PORTER & SHEA, LLP
## COUNSELLORS AT LAW

RICHARD J. SHEA
ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC & NH)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
ROBERT T. TREAT
WILLIAM L. KEVILLE, JR.
MICHAEL R. BYRNE
ANDRE A. SANSOUCY
AMY E. GOGANIAN
ROBERT R. HAMEL, JR.
ROBERT W. HEALY
JENNIFER B. HARDY
ANGELA L. LACKARD
MAUREEN E. LANE *(NH)
ADAM M. GUTTIN *(RI)
T. DOS URBANSKI *(RI)
MEGAN E. KURES
MATTHEW GRYGORCEWICZ
KERRY D. FLORIO
JESSICA M. FARRELLY *(FL)
DEBRA I. LERNER *(DC & TX)
ALEXANDRA CLARK
JEREMY Y. WELTMAN
ERIN J.M. ALARCON *(NH)
J. PAUL VANCE JR. (CT ONLY)
ERIN K. DESMARAIS *(NH)
EVAN C. OUELLETTE
DENNIS M. LINDGREN
COLIN K. O'BRIEN
DOUGLAS T. RADIGAN
GREGORY M. BOUCHER (NH ONLY)

OF COUNSEL
THOMAS W. PORTER, JR.
DONNA D. CONVICER (CT ONLY)

*ALSO ADMITTED

---

28 STATE STREET
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

369 SOUTH MAIN STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

77 CENTRAL AVENUE
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 596-0040

1087 ELM STREET, SUITE 302
MANCHESTER, NH 03101
(603) 627-4278

65 MAIN STREET
PLYMOUTH, MA 02360
(508) 746-5976

---

MELICKLAW.COM

July 26, 2006

**By E-File**
Mr. Dennis O'Leary
Clerk to the Honorable Mark L. Wolf
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    *ABC Mortgage Corporation et al., v. Scottsdale Insurance Co.*
       <u>Civil Action No.: 04-10816</u>

Dear Mr. O'Leary:

As reported in our June 2, 2006 letter, the parties have reached a settlement of this matter. Due to the complexity of finalization of the settlement of the underlying class action, we write to request an additional sixty (60) days to file a stipulation of dismissal. Additionally, we request that the deadline to re-open the case, currently set for August 4, 2006 be postponed sixty (60) days.

Thank you for your attention to this matter.

Very truly yours,

Kerry D. Florio

KDF/klc
cc: George Rockas, Esq.